# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: ELADIA FONTANEZ DIAZ

Bkrtcy. No. 11-00366-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | | |
|---|---|---|---|
| Petition Filing Date: | Jan 21, 2011 | Meeting Date: Feb 25, 2011 | DC Track No. 18 |
| Days from petition date: | 35 | Meeting Time: 1:00 PM | |
| 910 Days before Petition: | 7/25/2008 | ☐ Chapter 13 Plan Date: Jan 21, 2011 Dkt.# 2 | ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | | Plan Base: $14,400.00 | |
| This is the ___ Scheduled Meeting | | Confirmation Hearing Date: Apr 01, 2011 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No.   Date   Amount | | Total Paid In: $400.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☒ Debtor Present   ☒ ID & Soc. OK   ☐ Debtor Absent
- ☐ Joint Debtor Present   ☐ ID & Soc. OK   ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: M. Vega   ☐ Pro-se

**Creditor(s) present:** ☐ None.
Money Express - Sánchez

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $0.00   Paid Pre-Petition: $0.00   Outstanding: $0.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☒ Under ☐ Above Median Income.   Liquidation Value: $4,116.00
- Commitment Period is ☒ 36 ☐ 60 months.   [§1325(b)(1)(B)] Gen. Unsecured Pool: N/A
- 13% The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)]   ☐ INSUFFICIENTLY FUNDED   ☐ To pay §507   ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS   ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements   ☐ Plan not filed in Good Faith §1325(a)(3)   ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

① Must clarify payment Debtor made to Attorney of $400.00 pre petition since R. 2016 and plan state zero (0) Balance.
② No need for tax refund language — Debtor is social security + pension recipient.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Feb 25, 2011